granted.   *Messrs. J. Harry Covington, Ralph Crews,* and *Spencer Gordon* for appellant.   *The Attorney General* for the United States.

---

No. 739. MRS. IDA HUGHES *v.* STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. January 18, 1926.   Dismissed with costs, on motion of plaintiff in error.   *Messrs. Charles Clark* and *R. R. Jackson* for plaintiff in error.   No appearance for defendant in error.

---

No. 167. CONVOY STEAMSHIP COMPANY, LIMITED, OWNER OF THE STEAMSHIP WILLDOMINO, HER ENGINES, BOILERS, ETC. *v.* CHARLES PFIZER & COMPANY, INC.   See *ante,* p. 641.

---

No. 322. CITIES SERVICE OIL COMPANY *v.* CITY OF MARYSVILLE, KANSAS, ET AL.   Error to the Supreme Court of the State of Kansas.   January 25, 1926.   Dismissed with costs, on motion of plaintiff in error.   *Messrs. Theodore F. Garver* and *W. W. Redmond* for plaintiff in error.   *Mr. Edgar C. Bennett* for defendants in error.

---

No. 646. EVERETT FLINT DAMON, NEXT FRIEND OF LEW GOON WONG, *v.* JOHN T. JOHNSON, UNITED STATES IMMIGRATION COMMISSIONER AT BOSTON, MASSACHUSETTS.   Appeal from the District Court of the United States for the District of Massachusetts.   January 25, 1926.   Dismissed with costs, on motion of appellant.   *Mr. E. F. Damon* for appellant.   No appearance for appellee.

---

No. 927. BEN C. JONES AND COMPANY *v.* WEST PUBLISHING COMPANY.   Error to the Circuit Court of Appeals for the Fifth Circuit.   January 27, 1926.   Docketed